IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LINDA BROWN-THORNTON,

    Plaintiff,

vs.                      Cause No. 07-CV-200 DRH

UNITED STATES OF AMERICA,

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.-------------------------------------------------------------------------

                                            **NORBERT G. JAWORSKI, CLERK**

March 11, 2008                          By:   s/Patricia Brown
                                                          Deputy Clerk

APPROVED: /s/ *David R Herndon*
              **CHIEF JUDGE**
              **U.S. DISTRICT COURT**